# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES S. JACKSON and LUCILLE JACKSON,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>OCWEN LOAN SERVICING, LLC, a Delaware corporation, DOE CORPORATIONS 1-25, DOES 1-10,<br><br>　　　　　Defendants. | Case No. 2:10-cv-00711-MCE-GGH<br>Hon. Morrison C. England, Jr.<br><br>**ORDER GRANTING DEFENDANT OCWEN LOAN SERVICING, LLC'S REQUEST TO APPEAR TELEPHONICALLY RE: HEARING ON MOTION TO DISMISS SECOND AMENDED COMPLAINT**<br><br>Date: December 2, 2010<br>Time: 2:00 p.m.<br>Courtroom: 7 |

After reviewing Defendant OCWEN LOAN SERVICING, LLC'S request to appear by telephone at the Motion to Dismiss Second Amended

PDF created with pdfFactory trial version www.pdffactory.com

1  Complaint Hearing scheduled for December 2, 2010 at 2:00 p.m., the court grants
2  OCWEN's request.  It is further ordered, that in keeping with Local Rules and
3  Procedures, Defendant OCWEN be available at the direct telephone number
4  given on said Notice for contact by the Court.

6          IT IS SO ORDERED.

8  Dated:  November 16, 2010

    _____
    MORRISON C. ENGLAND, JR
    UNITED STATES DISTRICT JUDGE